JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation, | Case No.: 8:14–cv-00487–AG–DFM **Hon. Andrew J. Guilford** |
| Plaintiff, vs. | **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |
| PHD MARKETING, INC., a California corporation, E-HOSE TECHNOLOGIES, LLC, a California limited liability company, THAER AHMAD, and individual, JOHN KAMAR, an individual, SAMIR JABER, an individual, and DOES 1-20, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

This matter is before the Court with respect to the Stipulation for Dismissal of the Entire Action With Prejudice filed by Plaintiff and Counter-Defendant, Starbuzz Tobacco, Inc., Counter-Defendant Wael Elhalwani, and Defendants and

Counterclaimants, PhD Marketing, Inc., and E-Hose Technologies, LLC, and Defendants Thaer Ahmad, John Kamar, and Samir Jaber.  With good cause appearing therefor,

**IT IS HEREBY ORDERED** that the entire action, including, but not limited to, all claims, counterclaims, and named parties, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 16, 2015

Honorable Andrew J. Guilford
United States District Judge